**Entered on Docket**
**March 14, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

JONATHAN B. GOLDSMITH, ESQ.
Nevada Bar No. 11805
ROSENFELD & RINATO
9029 S. Pecos Rd., Suite 2800
Las Vegas, Nevada 89074
Telephone: (702) 386-8637
Facsimile: (702) 385-3025
Email: jgoldsmith@lawrosen.com

Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.    BK-S-11-11980-lbr |
| | Chapter     7 |
| JON MARTINEZ | |
| | DATE:    N/A |
| Debtor. | TIME:    N/A |

### EX-PARTE ORDER REFUNDING FEES

The Motion to Refund Fees is GRANTED;

IT IS HEREBY ORDERED that the filing fees of $299.00 associated with this Bankruptcy Case (Case Number 11-11980-lbr) are to be refunded to payor of said fees.

SUBMITTED BY:
ROSENFELD & RINATO

  / s / Jonathan B. Goldsmith
JONATHAN B. GOLDSMITH, ESQ.
Nevada Bar No. 11805

###

1